IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

S. B.,

      Plaintiff,

v.                                 Case No. 4:16cv613-MW/CAS

FLORIDA AGRICULTURAL AND
MECHANICAL UNIVERSITY BOARD
OF TRUSTEES,

      Defendant.
_____/

## ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD

This Court has considered, without hearing, Plaintiff's Motion to Supplement the Record re Motion to Dismiss and Cross-Motion to Proceed Anonymously. ECF No. 57. The motion is **GRANTED**. Plaintiff may file her deposition excerpts with no additional commentary on or before September 18, 2017.

SO ORDERED on September 13, 2017.

                                                s/Mark E. Walker       
                                                **United States District Judge**