IN THE UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO: 4:16-cv-00613-MW/MAF

S.B.,
  Plaintiff,

v.

FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES,
  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, S.B., and Defendant, FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES, hereby stipulate to the dismissal with prejudice of this civil action based on having reached a settlement in this matter.  Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 21, 2021

Respectfully submitted,

| | |
|---|---|
| s/*Michael Dolce* | /s/ *Diana K. Shumans* |
| MICHAEL DOLCE, ESQ. | DIANA K. SHUMANS, ESQ. |
| Florida Bar No.: 048445 | Florida Bar No. 675822 |
| mdolce@cohenmilstein.com | dshumans@sniffenlaw.com |
| TAKISHA RICHARDSON, ESQ. | ROBERT J. SNIFFEN, ESQ. |
| Florida Bar No. 042007 | Florida Bar No. 000795 |
| trichardson@cohenmilstein.com | rsniffen@cohenmilstein.com |
| Cohen Milstein Sellers & Toll, PLLC | Sniffen & Spellman, P.A. |
| 11780 US Highway One Ste 500 | 123 North Monroe Street |
| Palm Beach Gardens, FL 33408 | Tallahassee, FL  32301 |
| Telephone: 561.515.1400 | Telephone: 850.205.1996 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 21, 2021, a true and correct copy of the foregoing was electronically filed with the U.S. District Court, Northern District of Florida, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    s/*Michael Dolce*
MICHAEL DOLCE, ESQ.
Florida Bar No.: 048445
TAKISHA RICHARDSON, ESQ.
Florida Bar No. 042007